IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
L&S LICENSING, INC.          )
                             )
         Plaintiff,          )
                             )        1:05CV48
     v.                      )
                             )
SUNSET TRADING COMPANY       )
                             )
         Defendant           )
```

### ORDER DISMISSING ACTION WITHOUT PREJUDICE
### FOR FAILURE TO OBTAIN SERVICE

The record in this action indicating that Plaintiff has not obtained service upon Defendant SUNSET TRADING COMPANY within 120 days after filing of the complaint, and Plaintiff, after notice, not having demonstrated good cause why such service was not made within the period, this action is dismissed without prejudice as to Defendant SUNSET TRADING COMPANY.

**SO ORDERED.**

This the 17th day of January, 2006.

_____
United States District Judge